UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2009 DEC 16  A 10: 25

JOSHUA FALCON

VERSUS

JORGE A. OCHOA, ET AL.

CIVIL ACTION

NO. 09-665-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 3, 2009 (doc. no. 7) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the motion to remand filed by plaintiff Joshua Falcon is GRANTED, and this matter is REMANDED to the 18th Judicial District Court, Parish of West Baton Rouge, State of Louisiana. Further, under 28 U.S.C. § 1447(c) the plaintiff is awarded reasonable fees and costs in the amount of $500.00.

Baton Rouge, Louisiana, this 15th day of December, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

18th JDC